# NEW YORK CITY COURT.

LEONARD O. GOODRIDGE agt. CHARLES F. CONNOR, receiver, &c.

*Costs — What should be allowed on appeal from order made by general term of city court to the common pleas — Code of Civil Procedure, section 3251.*

Upon an appeal from the city court, general term, to the common pleas, full costs follow, whether the appeal be from an order or a judgment and whether the appeal be dismissed or disposed of on the merits.

*Special Term, December,* 1883.

APPEAL from the clerk's taxation of costs.

*Stickney & Shepard* for plaintiff and appellant.

*William J. Connors,* for defendant and respondent.

McADAM, *J.*— The defendant appealed to the court of common pleas from an order made by the general term of the city court. The common pleas dismissed the appeal "with costs," and the clerk of the city court taxed the plaintiff's costs at "ten dollars," besides disbursements. The plaintiff appeals from the taxation, claiming that he should have been allowed the full statutory costs, the same as on an appeal from a judgment. The plaintiff is correct in his interpretation of the statute. While it is true that upon an appeal taken from certain orders to the general term of the city court but ten dollars costs and the disbursements are allowable, there is no distinction made in the statute regulating appeals from the city court to the common pleas as to whether the appeal be from an order or a judgment. There is but one fee bill in such a case, and it is applicable alike to all appeals. The provision in reference to costs is general. It allows: "Upon an appeal to the court of common pleas from the city court, before argument, twenty dollars; for argument, forty dollars; for

each general term, not exceeding five, at which the cause is necessarily on the calendar, excluding the term at which it is argued or otherwise finally disposed of, ten dollars" (*Code, sec.* 3251, *sub.* 4), and it matters not whether the appeal be dismissed or otherwise disposed of, the same costs are taxable (*White* agt. *Anthony,* 23 *N. Y.*, 164). This is the rule applicable to appeals from the common pleas to the court of appeals (*White* agt. *Anthony, supra; Brown* agt. *Leigh,* 50 *N. Y.*, 427), wherein the language of the statute in regard to costs is similar. The practice upon appeals from the city court to the common pleas assimilates to that upon appeals from the latter court to the court of appeals, and must, as nearly as possible, be governed by the same rules. The clerk's taxation will therefore be reversed, with directions to retax the costs in accordance with the provisions of the Code before referred to.